Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip Op 51345(U))



[*1]


Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co.


2022 NY Slip Op 51345(U)


Decided on December 9, 2022


Appellate Term, Second Department


Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.



Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, CHEREÉ A. BUGGS, JJ



2021-653 K C

Burke Physical Therapy, P.C., as Assignee of Johnson, Monique, Appellant,
againstState Farm Mutual Automobile Ins. Co., Respondent. 

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 
2022 NY Slip Op 51218(U).












